BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1943

**No. 48803.**—Protests 83121–K, etc., of Louis Wolf & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48804.**—Protests 81406–K, etc., of Central Vermont Railway, Inc., et al. (St. Albans and San Francisco).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48805.**—Protests 71365–K, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.